CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

SEP 1 2 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| THOMAS R. NORWOOD, *Plaintiff*, | CIVIL ACTION NO. 6:07-cv-00023 |
| v. | ORDER |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *Defendant* | JUDGE NORMAN K. MOON |

On August 22, 2007, I referred this case to the Honorable Michael F. Urbanski, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The parties subsequently filed cross motions for summary judgment, and on August 27, 2008, Judge Urbanski filed a Report and Recommendation ("Report") recommending that the case be remanded to the Commissioner for further proceedings. After a review of the entire record in this case, and no objection having been filed to the Report within ten days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. the Report of August 27, 2008, shall be and hereby is ADOPTED in its entirety; and

2. the case is hereby REMANDED to the Commissioner for further proceedings consistent with the direction and recommendations given in the Report.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Michael F. Urbanski.

It is so ORDERED.

ENTER: This 12th day of September, 2008.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE